IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,,

    Plaintiff,                                                                        ORDER

  v.

TRENISE BLAYLOCK                                                 15-cr-74-jdp

    Defendant.

---

      Defendant Trenise Blaylock pleaded guilty to one count of armed bank robbery, one count of conspiracy to commit armed bank robbery and one count of use of a firearm during a crime of violence. She was sentenced by the Honorable Charles Clevert, Jr. on February 20, 2003 to a term of imprisonment of 161 months with a 5-year term of supervised release to follow. Defendant was released from the custody of the Bureau of Prisons on November 22, 2014 to begin her 5-year term of supervised release.

      Defendant has now filed a pro se motion for early discharge from her term of supervised release. She asserts that she has complied with all conditions of her supervised release, including full payment of restitution. She has gotten married and had two children, maintained employment, and she is committed to a stable and law-abiding lifestyle. The probation office has confirmed defendant's assertions and supports early termination of defendant's supervised release. The government has no objection to the early termination.

      Given defendant's compliance with the conditions of her supervised release, her efforts to improve herself, and very positive statements from her supervising probation officer, I will grant her request.

ORDER

IT IS ORDERED that defendant Trenise Blaylock's request for termination of her supervised release is GRANTED. No hearing is necessary, so I will take this opportunity to congratulate Ms. Blaylock for turning her life around.

Entered: January 25, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge